## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

In re:

MONTGOMERY, LON EUGENE
MONTGOMERY, REBECCA LOUISE

Debtors

Case No. 21-40516-JDP

Chapter 11, Subchapter V

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Christy L. Brandon*, having been appointed trustee of the estate of the above-named debtors, report I collected funds totaling: $0.00. A plan was confirmed on December 30, 2021. No plan payments were made to the trustee. The Debtors filed their Notice of Substantial Consummation on April 26, 2022. Pursuant to 11 U.S.C. § 330(a), on January 26, 2022, the Court ordered compensation of $3,542.84 be awarded to the trustee. These funds were paid in full by the debtors to the trustee on March 10, 2022. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 4/28/22                   By: _____
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**